IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LUIS ALBERTO RIASCOS**                                          **PETITIONER**
Reg, #15686-179

v.                          CASE NO.: 2:05CV00260-BD

**LINDA SANDERS**                                                 **RESPONDENT**
Warden, FCC,
Forrest City, Arkansas

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2241 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 19th day of April, 2007.

                                        _____
                                        United States Magistrate Judge